# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

142024 & (28)

ADIA BLACKSHER,
      Plaintiff-Appellee,
and

McLAREN MEDICAL CENTER,
      Intervening Plaintiff-Appellee,

v

               SC: 142024
               COA: 299611
               Genesee CC: 08-089055-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.
_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2010

_____
Clerk

s1118